# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONRAD, GLEN E. | US DISTRICT COURT | 05/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR US DISTRICT JUDGE (ACTIVE) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

210 FRANKLIN RD - ROOM 206
P O BOX 2822
ROANOKE, VA 24001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Virginia Retirement System - retirement plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | D | Rent | N | Q | | | | | |
| 3. House 2, Dare County, NC (see Part VIII) | | None | P1 | Q | | | | | |
| 4. Stamp collection | | None | L | W | | | | | |
| 5. Coin collection | | None | J | W | | | | | |
| 6. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 7. Abbvie CS | A | Dividend | K | T | | | | | |
| 8. Accenture PLC | A | Dividend | J | T | | | | | |
| 9. Alcoa Inc. (CS) | A | Dividend | J | T | Sold (part) | 12/04/18 | J | A | |
| 10. Alibaba Group Holding, Ltd. (CS) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 11. Amazon.com Inc. (CS) | A | Dividend | J | T | Buy (add'l) | 01/10/18 | K | | |
| 12. American Airlines Group Inc. (CS) | A | Dividend | J | T | | | | | |
| 13. American Electric Power (CS) | B | Dividend | K | T | | | | | |
| 14. American Funds AMCAP (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 15. American Tower Corp. (CS) | A | Dividend | J | T | | | | | |
| 16. Amerisourcebergen Corp. (CS) | A | Dividend | J | T | | | | | |
| 17. Amgen Inc. (CS) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amphenol Corp. (CS) | A | Dividend | | | Sold | 12/21/18 | J | | |
| 19. Anheuser-Busch InBev (CS) | A | Dividend | J | T | | | | | |
| 20. Anthem Inc. (CS) | A | Dividend | J | T | | | | | |
| 21. Apple, Inc. (CS) | A | Dividend | M | T | | | | | |
| 22. Applied Materials, Inc. (CS) | A | Dividend | | | Buy | 03/23/18 | K | | |
| 23. | | | | | Sold | 06/15/18 | J | | |
| 24. AquaBounty Technologies (CS) | A | Dividend | J | T | | | | | |
| 25. Arconic Inc. (CS) | A | Dividend | J | T | | | | | |
| 26. AT&T Corp. (CS) | B | Dividend | K | T | | | | | |
| 27. Avery Dennison Corp. (CS) | A | Dividend | | | Sold | 06/29/18 | K | | |
| 28. Berkshire Hathaway Inc. (CS) | A | Dividend | K | T | Sold (part) | 12/28/18 | J | A | |
| 29. Boeing Company (CS) | A | Dividend | | | Sold | 12/28/18 | K | A | |
| 30. Boulder Growth & Income Fund, Inc. (Mut Fund) | B | Dividend | J | T | | | | | |
| 31. Brookfield Asset Mgmt Inc. (CS) | A | Dividend | J | T | | | | | |
| 32. Bristol Myers Squibb Co. CS | A | Dividend | K | T | | | | | |
| 33. Canadian Imperial Bank of Commerce (CS) | A | Dividend | K | T | Buy | 06/22/18 | K | | |
| 34. Capital One Financial Corp. CS | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Carmax, Inc. | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 36. Caterpillar, Inc. (CS) | A | Dividend | K | T | Buy | 01/10/18 | K | | |
| 37. Celgene Corp. | A | Dividend | J | T | | | | | |
| 38. Century Link CS | A | Dividend | K | T | | | | | |
| 39. Chubb Corp. CS | A | Dividend | K | T | | | | | |
| 40. Cintas Corp. (CS) | A | Dividend | | | Sold | 11/16/18 | J | C | |
| 41. Cisco Systems Inc. (CS) | A | Dividend | J | T | | | | | |
| 42. Citigroup Inc. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 43. CME Group, Inc. (CS) | A | Dividend | J | T | | | | | |
| 44. CDN Imperial Bank (Bank Note) | A | Int./Div. | K | T | | | | | |
| 45. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 46. Conoco Phillips Corp. CS | C | Dividend | L | T | | | | | |
| 47. Consolidated Edison, Inc. CS | A | Dividend | J | T | Sold (part) | 12/28/18 | J | A | |
| 48. Chevron Texaco Corp. CS | D | Dividend | L | T | | | | | |
| 49. Cigna Corp. (CS) | A | Dividend | | | Spinoff (from line 62) | 07/16/18 | J | | |
| 50. | | | | | Sold | 12/24/18 | J | A | |
| 51. Credit Acceptance Corp. (CS) | A | Dividend | | | Sold | 02/22/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cummins Inc. (CS) | A | Dividend | J | T | | | | | |
| 53. Danaher Corp. (CS) | A | Dividend | J | T | | | | | |
| 54. Diamond Hill Large Cap. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 55. Dish Network Corp. (CS) | A | Dividend | J | T | Sold (part) | 12/28/18 | J | A | |
| 56. Disney Walt Co., (CS) | A | Dividend | K | T | | | | | |
| 57. Dodge & Cox Intl. Stock (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 58. Dominion Resources (CS) | A | Dividend | J | T | | | | | |
| 59. Duke Energy Corp. (CS) | A | Dividend | J | T | | | | | |
| 60. Edwards Lifesciences (CS) | A | Dividend | K | T | Buy | 10/09/18 | K | | |
| 61. Emerson Electric Co. (CS) | A | Dividend | | | Sold | 11/15/18 | K | C | |
| 62. Express Scripts CS | A | Dividend | J | T | | | | | |
| 63. | | | | | Sold (part) | 12/24/18 | J | A | |
| 64. Exxon Mobile Corp. (CS) | A | Dividend | J | T | | | | | |
| 65. Facebook, Inc. (CS) | A | Dividend | | | Sold | 09/12/18 | L | D | |
| 66. Fed Ex Corp. (CS) | A | Dividend | K | T | | | | | |
| 67. FMI Int'l (Mut. Fund) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 68. Fortive (CS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FMI Large Cap (Mut Fund) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 70. Franklin VA Tax Free Income Fund | B | Dividend | K | T | | | | | |
| 71. Frontier Communications CS | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 72. General Motors Co. (CS) | A | Dividend | J | T | | | | | |
| 73. Glaxo Smithkline CS | B | Dividend | J | T | | | | | |
| 74. Global Payments, Inc. (CS) | A | Dividend | K | T | | | | | |
| 75. Goldman Sachs Group, Inc. (CS) | A | Dividend | | | Buy | 02/12/18 | K | | |
| 76. | | | | | Sold | 11/30/18 | K | | |
| 77. Alphabet, Inc. (CS) [parent company of Google, Inc.] | A | Dividend | | | Sold | 12/28/18 | K | B | |
| 78. Halozyme Therapeutic (CS) | A | Dividend | M | T | | | | | |
| 79. Hershey Company (CS) | A | Dividend | J | T | | | | | |
| 80. Home Depot, Inc. (CS) | A | Dividend | J | T | | | | | |
| 81. IShares TR Russell 2000 EFT | A | Dividend | | | Sold | 10/09/18 | K | B | |
| 82. Intel Corp. (CS) | A | Dividend | K | T | Buy (add'l) | 12/19/18 | K | | |
| 83. Intrexon Corp. (CS) | A | Dividend | K | T | | | | | |
| 84. Invesco Ltd. (CS) | A | Dividend | | | Sold | 02/12/18 | K | A | |
| 85. Invesco Fin. PLC SR Note | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Johnson & Johnson (CS) | A | Dividend | J | T | | | | | |
| 87. Liberty Broadband Corp. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 88. Liberty Media Corp. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 89. Linde (CS) | A | Dividend | | | Merged (with line 110) | 10/01/18 | J | | |
| 90. Loews Corp. SR Note | A | Distribution | K | T | | | | | |
| 91. Marathon Petroleum Corp. CS | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 92. Markel Corp. (CS) | A | Dividend | J | T | Sold (part) | 12/28/18 | J | A | |
| 93. Merck & Co. Inc. (CS) | A | Dividend | J | T | | | | | |
| 94. MFS Int'l New Discovery (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 95. Mondelez Intl. Inc. (CS) | A | Dividend | J | T | | | | | |
| 96. Monsanto Co. (CS) | A | Dividend | J | T | | | | | |
| 97. | | | | | Sold (part) | 06/07/18 | J | A | |
| 98. JP Morgan Chase & Co. (CS) | A | Dividend | L | T | | | | | |
| 99. Nestle S.A. (CS) | A | Dividend | J | T | | | | | |
| 100. Nike (CS) | A | Dividend | J | T | | | | | |
| 101. Nuveen Floating Step 22 Floating Rate Income Fund | A | Interest | J | T | | | | | |
| 102. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oceaneering International, Inc. (CS) | A | Dividend | J | T | | | | | |
| 104. Oshkosh Corp. (CS) | A | Dividend | | | Sold | 03/23/18 | K | B | |
| 105. Parker-Hannifin Corp. (CS) | A | Dividend | J | T | | | | | |
| 106. Pepsico Inc. (CS) | A | Dividend | J | T | | | | | |
| 107. Pfizer Inc. (CS) | A | Dividend | J | T | | | | | |
| 108. Phillips 66 (CS) | A | Dividend | J | T | Sold (part) | 12/24/18 | K | | |
| 109. PVH Corp. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 110. Praxair Inc. (CS) | A | Dividend | J | T | Sold (part) | 10/31/18 | J | A | |
| 111. Qualcomm Inc. (CS) | A | Dividend | J | T | | | | | |
| 112. Range Resources Corp. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 113. Realty Income Corp. (CS) | A | Dividend | J | T | | | | | |
| 114. Royal Dutch Shell (CS) | A | Dividend | K | T | | | | | |
| 115. Royal Bank Canada (note) | A | Int./Div. | M | T | | | | | |
| 116. Schlumberger LTD (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 117. Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 118. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 119. Scottrade Money Market Fund | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ServiceNow, Inc. (CS) | A | Dividend | | | Buy | 09/12/18 | L | | |
| 121. | | | | | Sold | 12/28/18 | K | | |
| 122. J. M. Smucker Co. (CS) | A | Dividend | J | T | | | | | |
| 123. Southern Company (CS) | A | Dividend | J | T | | | | | |
| 124. Starbucks Corp. (CS) | A | Dividend | J | T | | | | | |
| 125. Stryker Corp. (CS) | A | Dividend | J | T | | | | | |
| 126. Supernus Pharmaceuticals, Inc. (CS) | A | Dividend | K | T | Buy | 06/29/18 | K | | |
| 127. Suntrust Banks, Inc. (CS) | C | Dividend | J | T | | | | | |
| 128. TTM Technologies (CS) | A | Dividend | J | T | | | | | |
| 129. The Travelers Companies (CS) | A | Dividend | K | T | | | | | |
| 130. Trisura Group Ltd (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 131. Ulta Beauty, Inc. (CS) | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 132. United Airlines (CS) | A | Dividend | K | T | Buy | 08/24/18 | K | | |
| 133. United Health Group, Inc. (CS) | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 134. United Technologies Corp. (CS) | A | Dividend | J | T | | | | | |
| 135. Valeant Pharm Int'l Inc. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 136. Victory Munder Mid-Cap Core Growth (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. VISA Inc. (CS) | A | Dividend | J | T | | | | | |
| 138. Verizon Communications CS | B | Dividend | K | T | | | | | |
| 139. Well Care Health Plans, Inc. (CS) | A | Dividend | K | T | Buy | 06/04/18 | K | | |
| 140. Williams Sonoma, Inc. (CS) | A | Dividend | K | T | Buy | 09/04/18 | K | | |
| 141. Wells Fargo CS | A | Dividend | J | T | | | | | |
| 142. Wells Fargo Bank | A | Int./Div. | P1 | T | Open | 12/03/18 | P1 | | |
| 143. Ziopharm Oncology, Inc. CS | A | Dividend | K | T | | | | | |
| 144. Zoetis, Inc. (CS) | A | Dividend | K | T | Buy | 11/15/18 | K | | |
| 145. Farm, Albemarle Co., VA (1/4 interest) | | None | | | Sold | 02/20/18 | N | G | |
| 146. Davenport & Co. LLC | A | Int./Div. | L | T | | | | | |
| 147. Land, Parcel #127, Albemarle Co., VA (1/3 interest) (see Part VII) | | None | K | Q | | | | | |
| 148. Land, Parcel #119-600, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | N | Q | | | | | |
| 149. Land, Parcel #128, Albemarle Co., VA (1/3 int) (see Part VIII) | | None | L | Q | | | | | |
| 150. Land, Parcel #119-2400, Albemarle Co., VA (1/3 int)(see Part VIII) | | None | L | Q | | | | | |
| 151. Land, 8 parcels, Albemarle Co., VA (1/3 int) (see Part VIII) | D | Rent | O | Q | | | | | |
| 152. Lowe's Cos. Inc. (CS) | A | Dividend | L | T | | | | | |
| 153. Colgate Palmolive Co. (CS) | A | Dividend | | | Sold | 12/28/18 | L | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BB&T Corp. (CS) | A | Dividend | K | T | | | | | |
| 155. Mainstay Goverment Inv. Fund (mut. fund) | A | Dividend | | | Sold | 12/28/18 | K | A | |
| 156. Mainstay High Yield Corp Bond Fund | A | Dividend | | | Sold | 12/28/18 | L | A | |
| 157. McDonalds Corp. (CS) | A | Dividend | J | T | | | | | |
| 158. General Electric Co. (CS) | A | Dividend | J | T | | | | | |
| 159. Chemours Co. (CS) | A | Dividend | J | T | | | | | |
| 160. E I DuPont De Nemours & Co. (CS) | A | Dividend | J | T | | | | | |
| 161. Sprint Nextel Corp. (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 162. Windstream Holdings Inc. (CS) | A | Dividend | | | Sold | 05/29/18 | J | A | |
| 163. Deutsche Science & Tech Fund Class A (CS) | A | Dividend | | | Sold | 12/28/18 | L | A | |
| 164. Lord Abbett Affiliated Fund Class A (CS) | A | Dividend | | | Sold | 12/28/18 | L | A | |
| 165. Oppenheimer Equity Fund Class A | A | Dividend | | | Sold | 12/28/18 | L | A | |
| 166. Uniti Group Inc. (CS) | A | Dividend | J | T | | | | | |
| 167. Alcatel-Lucent (CS) | A | Dividend | | | Sold | 12/28/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004
Part VII, Line 2 - appraisal date - September 1999
Part VII, Line 3 - appraisal date - June 2017

Part VII, Line 147 - appraisal date - July 2015
Part VII, Line 148 - appraisal date - July 2015
Part VII, Line 149 - appraisal date - July 2015
Part VII, Line 150 - appraisal date - July 2015
Part VII, Line 151 - appraisal date - July 2015

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/01/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544